# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER GALLION and YOLANDRA DAVENPORT, | ) | |
| Plaintiffs, | ) | Case No. 15 CV 04438 |
| vs. | ) | Hon. Virginia M. Kendall, Judge Presiding |
| JOLIET STAFFING, LLC, and WORLD CLASS DISTRIBUTION, INC., | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS

TO: **Craig R. Annunziata, Esquire**
**Jason D. Keck, Esquire**
**Fisher & Phillips LLP**
**10 South Wacker Drive, Suite 3450**
**Chicago, Illinois 60606**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, the undersigned will take the deposition(s) of the following person(s) before a Notary Public, or other authorized officer, at our offices located at 141 West Jackson Boulevard, Suite 3620, Chicago, Illinois 60604, on the following date(s) and time(s).

| NAME | DATE | TIME |
|---|---|---|
| World Class Distribution CEO Dan Bane | August 17, 2015 | 9:30 a.m. |
| Andrew Crooms | August 18, 2015 | 9:30 a.m. |
| Eddie Frazier | August 19, 2015 | 9:30 a.m. |
| Steve Sutton (former coworker) | August 24, 2015 | 9:30 a.m. |
| Russell Harris (former coworker) | August 25, 2015 | 9:30 a.m. |
| Amelda (World Class H.R.) | August 26, 2015 | 9:30 a.m. |
| Yasmina (Joliet H.R.) | August 27, 2015 | 9:30 a.m. |
| Stephanie (former coworker) | August 28, 2015 | 9:30 a.m. |
| Cassandra Person (former coworker) | August 31, 2015 | 9:30 a.m. |

Dated this 1st day of July, 2015.

/s/ Lisa Kane

LISA KANE & ASSOCIATES
Attorney for Plaintiffs
141 West Jackson Boulevard, Suite 3620
Chicago, Illinois 60604
(312) 606-0383
Attorney Code No. 06203093
lisakane@sbcglobal.net

**CERTIFICATE OF RECEIPT OF SERVICE**

I hereby certify that I am authorized by the individuals to whom this Proof of Service is directed, at the respective addresses noted above, to accept service of this Proof of Service and the documents attached hereto, and I am in receipt of this Notice and attached documents.

Signature

Printed Name